THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Lovett Burke, Appellant.
 
 
 

Appeal From Spartanburg County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2007-UP-550
Submitted November 1, 2007  Filed
 December 14, 2007
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission of
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Asst. Attorney General Norman Mark Rapoport, Office of the Attorney General, of
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State v.
 Floyd, 295 S.C. 518, 520, 369 S.E.2d 842, 843 (1988) (noting a ruling on a
 motion in limine is not the ultimate disposition on the admissibility of
 evidence, but remains subject to change based upon developments during the
 trial); State v. Smith, 337 S.C. 27, 32, 522 S.E.2d 598, 600 (1999) (A
 ruling in limine is not final; unless an objection is made at the time the
 evidence is offered and a final ruling procured, the issue is not preserved for
 review.).
AFFIRMED.
HUFF
 and PIEPER, JJ., and CURETON, AJ., concur.  

[1]  We decide this
 case without oral argument pursuant to Rule 215, SCACR.